UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR-08-291 MJD/FLN |
| Plaintiff, | (18 U.S.C. § 2) |
| | (26 U.S.C. § 5822) |
| v. | (26 U.S.C. § 5845)) |
| | (26 U.S.C. § 5861(d)) |
| 1.  DAVID GUY MCKAY, and | (26 U.S.C. § 5861(f)) |
| 2.  BRADLEY NEAL CROWDER, | (26 U.S.C. § 5861(i)) |
| | (26 U.S.C. § 5871) |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession of an Unregistered Firearm)

From on or about August 31, 2008, to on or about September 3, 2008, in the State and District of Minnesota, the defendants,

**DAVID GUY MCKAY, and
BRADLEY NEAL CROWDER,**

each aiding and abetting the other, and being aided and abetted by others known and unknown to the grand jury, knowingly received and possessed firearms, namely destructive devices, not registered to anyone in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5845, 5861(d), and 5871, and Title 18, United States Code, Section 2.

### COUNT 2
(Illegal Manufacture of a Firearm)

On or about August 31, 2008, in the State and District of Minnesota, the defendants,

SCANNED
SEP 23 2008
U.S. DISTRICT COURT MPLS

FILED SEP 23 2008
RICHARD D. SLETTEN
JUDGMENT ENTD _____
DEPUTY CLERK _____

U.S. v. David Guy Mckay, et al.

**DAVID GUY MCKAY, and**
**BRADLEY NEAL CROWDER,**

each aiding and abetting the other, and being aided and abetted by others known and unknown to the grand jury, knowingly made firearms, namely destructive devices, in violation of Title 26, United States Code, Sections 5822, 5845, 5861(f), and 5871; and Title 18, United States Code 2.

### COUNT 3
(Possession of a Firearm with No Serial Number)

From on or about August 31, 2008, to on or about September 3, 2008, in the State and District of Minnesota, the defendants,

**DAVID GUY MCKAY, and**
**BRADLEY NEAL CROWDER,**

each aiding and abetting the other, and being aided and abetted by others known and unknown to the grand jury, knowingly received and possessed firearms, namely destructive devices, not identified by serial number as required by Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5845, 5861(i), and 5871, and Title 18, United States Code, Section 2.

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY              FOREPERSON